THE PEOPLE *v.* LUCCA ET AL.

Appeal from the District Court of Guayama.

No. 3.—Decided February 24, 1906.

APPEAL—BILL OF EXCEPTIONS—STATEMENT OF FACTS—MATERIAL ERROR.—Where
there is no bill of exceptions or statement of facts, and it does not appear
from the record that a material error was committed, the judgment appealed
from will be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE FIGUERAS delivered the opinion of the court.

This is a prosecution for a violation of the Election Law.
The defendants, after having pleaded not guilty, were found
guilty by a jury, and as they showed no cause why judgment
should not be pronounced against them, such judgments were
pronounced on September 30 and October 7, 1905, each of the
defendants, Antonio Rodríguez and José Antonio Lucca, be-
ing sentenced to imprisonment in the penitentiary at hard
labor for one year, and to pay the costs.

The defendants appealed from these judgments to this
Supreme Court in October, 1905, the day not being stated, but
it appears that notice of the appeal was served on the special
*fiscal,* E. B. Wilcox, on the 7th of said month and year.

The transcripts of the record were received in the office
of the secretary of this court on February 2d of the current
year, the secretary of the District Court of Guayama certi-
fying that they were true copies of all the material proceed-
ings of record in the case.

There is no statement of facts or any bill of exceptions,
nor has any brief been filed in this court in behalf of the de-
fendants.

The *fiscal* of this court opposed the appeal at the hearing
by brief and argument, and prayed that the judgment ap-
pealed from should be affirmed.

We have carefully examined the information, the charge to the jury, the verdict and the judgments appealed from, and have come to the conclusion that the defendants had a fair and impartial trial and that the punishments imposed do not exceed the limits prescribed by law.

We may make reference to a similar case, that of *Catalino Torruella* and *Juan José Rodríguez,* in which a similar judgment was affirmed by this court on the 20th instant.

In the case under consideration the record does not show that any material error whatsoever has been committed, and therefore the judgment appealed from should be affirmed in all respects.

*Affirmed.*

Chief Justice Quiñones, and Justices Hernández, MacLeary and Wolf concurred.